UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JOHN PUGLEY, Individually and On Behalf of All Others Similarly Situated,

Plaintiff,

v.

FULGENT GENETICS, INC., MING HSIEH, and PAUL KIM,

Defendants.

Case No. 2:22-cv-06764-CAS-KSx

Hon. Christina A. Snyder

**ORDER RE JOINT MOTION TO ADDRESS INITIAL PLEADING ISSUES**

[Complaint Filed: Sept. 20, 2022]

## ORDER

Having considered the Parties' Joint Motion to Address Initial Pleading Issues, and good cause appearing therefore, the Court hereby GRANTS the Parties' Joint Motion.

IT IS HEREBY ORDERED that:

1. Within fourteen (14) days after the Court enters an order appointing a lead plaintiff and approving lead plaintiff's counsel, counsel for the lead plaintiff and counsel for the defendants shall meet and confer regarding (a) the time for lead plaintiff to file an amended complaint or provide notice of lead plaintiff's intent to

-1-
[PROPOSED] ORDER RE JOINT MOTION TO ADDRESS INITIAL PLEADING ISSUES

rely upon the original Complaint (the "operative complaint"); (b) the time for defendants to respond to the operative complaint; and (c) the schedule for briefing any motion to dismiss the operative complaint that may be filed by a defendant.

2.       Within fourteen (14) days after the meet and confer, the parties will file a Joint Stipulation regarding Scheduling Deadlines setting forth the new deadlines.

3.       No defendant shall be required to answer, move against or otherwise respond to the original Complaint in the interim.

**IT IS SO ORDERED.**

Dated: November 3, 2022

HON. CHRISTINA A. SNYDER
DISTRICT COURT JUDGE

-2-
[PROPOSED] ORDER RE JOINT MOTION TO ADDRESS INITIAL PLEADING ISSUES