ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS (259916)
JUAN CARLOS SANCHEZ (301834)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
jsanchez@rgrdlaw.com

Proposed Lead Counsel for Proposed Lead Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PUGLEY, Individually and on Behalf of All Others Similarly Situated, ) <br><br> Plaintiff, ) <br><br> vs. ) <br><br> FULGENT GENETICS, INC., et al., ) <br><br> Defendants. ) | Case No. 2:22-cv-06764-CAS-KS <br><br> <u>CLASS ACTION</u> <br><br> DECLARATION OF JUAN CARLOS SANCHEZ IN SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL <br><br> DATE:      December 19, 2022 <br> TIME:      10:00 a.m. <br> CTRM:     8D <br> JUDGE:    Hon. Christina A. Snyder |

4889-6071-1999.v1

I, JUAN CARLOS SANCHEZ, declare as follows:

1.      I am an attorney duly licensed to practice before all of the courts of the State of California and this Court.  I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, counsel for Daniel M. Parisi, and proposed lead counsel for the class in the above-captioned action.  I make this declaration in support of Mr. Parisi's Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

Exhibit A:   Notice of pendency of class action published in *Globe Newswire*, a widely circulated national business-oriented publication or wire service, on September 20, 2022;

Exhibit B:   Mr. Parisi's Certification;

Exhibit C:   Mr. Parisi's estimated losses, prepared by counsel; and

Exhibit D:   Mr. Parisi's Declaration.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 21st day of November, 2022.

s/ Juan Carlos Sanchez
JUAN CARLOS SANCHEZ

4889-6071-1999.v1

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on November 21, 2022, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Juan Carlos Sanchez
JUAN CARLOS SANCHEZ

ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

Email:  jsanchez@rgrdlaw.com

## Mailing Information for a Case 2:22-cv-06764-CAS-KS John Pugley v. Fulgent Genetics, Inc. et al

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Adam Marc Apton**
  aapton@zlk.com

- **Lucas E Gilmore**
  lucasg@hbsslaw.com,sf_filings@hbsslaw.com,nicolleh@hbsslaw.com

- **Adam B Korn**
  abkorn@mintz.com,docketing@mintz.com,sestrickland@mintz.com,amschuman@mintz.com

- **Jennifer Pafiti**
  jpafiti@pomlaw.com,jalieberman@pomlaw.com,ahood@pomlaw.com,disaacson@pomlaw.com,ashmatkova@pomlaw.com,abarbosa@pomlaw.com,fgravenson@poml

- **Sean T Prosser**
  stprosser@mintz.com,docketing@mintz.com,lmbroadway@mintz.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)