# EXHIBIT D

## DECLARATION OF DANIEL M. PARISI

I, Daniel M. Parisi, submit this declaration in support of my lead plaintiff motion.  I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

1.      I live in Lake Barrington, Illinois and, before retiring, I owned and operated a restaurant in Barrington, Illinois for nearly 20 years. I also worked for our local phone and cable provider for approximately 30 years.  I have approximately 25 years of investing experience and I am familiar with selecting and overseeing lawyers.

2.      I understand that a lead plaintiff acts on behalf of and for the benefit of all potential class members and oversees and directs counsel throughout the litigation.

3.      I am aware that, as lead plaintiff, I will interact with and direct counsel, review and comment on important documents in the case, attend important court hearings if my attendance is requested or required by the Court, participate in discovery, participate in settlement discussions, attend trial, if necessary, and authorize a potential settlement on behalf of the class.  I am willing to perform all of these duties on behalf of the class members.

4.      I have a substantial financial interest in this case based on my losses, and have an incentive to prosecute this case on behalf of Fulgent Genetics, Inc. investors.

5.      I understand that the lead plaintiff's share of any recovery is the same as every other potential class member.  As my Certification states, I will not accept any payment for serving as a representative party beyond my *pro-rata* share, except any reasonable costs and expenses – such as lost wages and travel expenses – directly related to the class representation, as ordered or approved by the Court pursuant to the Private Securities Litigation Reform Act of 1995.

6.      I am aware that I have the right to select counsel as part of the lead plaintiff process. After considering my options, I selected Robbins Geller Rudman & Dowd LLP to represent the

class in this case on a contingency basis based on its experience prosecuting securities cases. Before selecting counsel, I discussed the lead plaintiff's role, responsibilities, and process with counsel.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 17th day of November, 2022.

DocuSigned by:

*Daniel M. Parisi*

583C6DD757764C6...

DANIEL M. PARISI

4872-0348-2943.v1