POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Attorney for Rama Kommineni*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PUGLEY, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FULGENT GENETICS, INC., MING HSIEH, and PAUL KIM,<br><br>Defendants. | Case No. 2:22-cv-06764-CAS-KS<br><br>DECLARATION OF JENNIFER PAFITI IN SUPPORT OF MOTION OF RAMA KOMMINENI FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL<br><br>DATE:  December 19, 2022<br>TIME:  10:00 a.m.<br>JUDGE:  Christina A. Snyder<br>CTRM:  8D (1st Street Courthouse) |

DECLARATION - 2:22-CV-06764-CAS-KS

I, Jennifer Pafiti, hereby declare as follows:

1.    I am a partner with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of Rama Kommineni ("Kommineni"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of Kommineni's motion for appointment as Lead Plaintiff for the Class and approval of his selection of Pomerantz as Lead Counsel for the Class in the above-captioned action (the "Action").

2.    Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:    Loss Chart of Kommineni;

Exhibit B:    Notice of pendency of the Action;

Exhibit C:    Shareholder Certification executed by Kommineni;

Exhibit D:    Declaration executed by Kommineni; and

Exhibit E:    Firm resume of Pomerantz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on November 21, 2022 at Calabasas, California.

/s/ Jennifer Pafiti
Jennifer Pafiti

DECLARATION - 2:22-CV-06764-CAS-KS

1

CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.


*/s/ Jennifer Pafiti*
Jennifer Pafiti