# EXHIBIT A

**Fulgent Genetics, Inc. (FLGT)**
**Class Period: March 22, 2019 to August 4, 2022**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 90-Days* Mean Price $42.4225 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Rama Kommineni | 10/14/2021 | 1,000 | $81.0100 | ($81,010) | 10/20/2021 | (1,000) | $84.9900 | $84,990 | | | |
| Rama Kommineni | 11/5/2021 | 1,000 | $77.0000 | ($77,000) | 11/10/2021 | (1,000) | $82.9900 | $82,990 | | | |
| Rama Kommineni | 1/3/2022 | 100 | $95.3900 | ($9,539) | 4/22/2022 | (3,000) | $58.0000 | $174,000 | | | |
| Rama Kommineni | 1/4/2022 | 1,000 | $88.5000 | ($88,500) | | | | | | | |
| Rama Kommineni | 1/4/2022 | 1,000 | $86.0000 | ($86,000) | | | | | | | |
| Rama Kommineni | 1/13/2022 | 1,000 | $81.0000 | ($81,000) | | | | | | | |
| Rama Kommineni | 1/14/2022 | 1,000 | $78.0000 | ($78,000) | | | | | | | |
| Rama Kommineni | 1/19/2022 | 1,000 | $71.0000 | ($71,000) | | | | | | | |
| Rama Kommineni | 3/7/2022 | 2,000 | $50.5000 | ($101,000) | | | | | | | |
| **Rama Kommineni** | | **9,100** | | **($673,049)** | | **(5,000)** | | **$341,980** | **4,100** | **$173,932** | **($157,137)** |

*Avg Closing Prices from August 5, 2022 to November 2, 2022