# EXHIBIT B

Case 2:22-cv-06764-CAS-KS Document 28-2 Filed 11/21/22 Page 1 of 5 Page ID #:436



ESG
NEWS

COVID-
19
NEWS

SERVICES ⌄

CONTACT
US

FRANÇAIS

SIGN IN

REGISTER

# Pomerantz Law Firm Announces the Filing of a Class Action Against Fulgent Genetics, Inc. and Certain Officers – FLGT

September 20, 2022 19:47 ET | Source: [Pomerantz LLP](#)





...

NEW YORK, Sept. 20, 2022 (GLOBE NEWSWIRE) -- Pomerantz LLP announces that a class action lawsuit has been filed against Fulgent Genetics, Inc. ("Fulgent" or the "Company") (NASDAQ: FLGT) and certain of its officers.   The class action, filed in the United States District Court for the Central District of California, and docketed under 22-cv-06764, is on behalf of a class of all persons and entities who purchased the publicly traded securities of Fulgent securities between March 22, 2019 and August 4, 2022, both dates inclusive (the "Class Period"), seeking to recover damages caused by Defendants' violations of the federal securities laws and to pursue remedies under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder, against the Company and certain of its top officials.

If you are a shareholder who purchased Fulgent securities during the Class Period, you have until November 21, 2022 to ask the Court to appoint you as Lead Plaintiff for the class.   A copy of the Complaint can be obtained at [www.pomerantzlaw.com](http://www.pomerantzlaw.com).   To discuss this action, contact Robert S. Willoughby at [newaction@pomlaw.com](mailto:newaction@pomlaw.com) or 888.476.6529 (or 888.4-POMLAW), toll-free, Ext. 7980. Those who inquire by e-mail are encouraged to include their mailing address, telephone number, and the number of shares purchased.

**[Click here for information about joining the class action]**

Fulgent, together with its subsidiaries, provides COVID-19, molecular diagnostic, and genetic testing services to physicians and patients in the United States and internationally. As a result, Fulgent must comply with the federal Anti-Kickback Statute, which prohibits the knowing and willful payment of "remuneration" to induce or reward patient referrals or the

Case 2:22-cv-06764-CAS-KS   Document 28-2   Filed 11/21/22   Page 3 of 5   Page ID #:438



including laboratory services, that are covered by the Medicare program, to an entity with which the physician or an immediate family member has a direct or indirect financial relationship.

The Complaint alleges that, throughout the Class Period, Defendants made materially false and misleading statements regarding the Company's business, operations, and compliance policies. Specifically, Defendants made false and/or misleading statements and/or failed to disclose that: (i) Fulgent had been conducting medically unnecessary laboratory testing, engaging in improper billing practices in relation to laboratory testing, and providing or receiving remuneration in violation of the Anti-Kickback Statute and Stark Law; (ii) accordingly, Fulgent was likely to become subject to enhanced legal and regulatory scrutiny; (iii) Fulgent's revenues, to the extent they were derived from the foregoing unlawful conduct, were unsustainable; (iv) the foregoing, once revealed, was likely to subject the Company to significant financial and/or reputational harm; and (v) as a result, the Company's public statements were materially false and misleading at all relevant times.

On August 4, 2022, Fulgent released its second quarter 2022 financial results, disclosing, among other items, that the US Securities and Exchange Commission ("SEC") was conducting an investigation into certain of the Company's reports filed with the SEC from 2018 through the first quarter of 2020. The disclosure followed the Company's receipt of a civil investigative demand issued by the U.S. Department of Justice "related to its investigation of allegations of medically unnecessary laboratory testing, improper billing for laboratory testing, and remuneration received or provided in violation of the Anti-Kickback Statute and the Stark Law.

On this news, Fulgent's stock price fell $11.02 per share, or 17.29%, over the following two trading sessions, to close at $52.72 per share on August 8, 2022.

Pomerantz LLP, with offices in New York, Chicago, Los Angeles, Paris, and Tel Aviv, is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, Pomerantz pioneered the field of securities class actions. Today, more than 85 years later, Pomerantz continues in the tradition he established, fighting

Case 2:22-cv-06764-CAS-KS   Document 28-2   Filed 11/21/22   Page 4 of 5   Page ID #:439

 GlobeNewswire
by notified

ESG NEWS    COVID-19 NEWS    SERVICES ⌄    CONTACT US    FRANÇAIS    SIGN IN

REGISTER

**CONTACT:**

Robert S. Willoughby

Pomerantz LLP

[rswilloughby@pomlaw.com](mailto:rswilloughby@pomlaw.com)

888-476-6529 ext. 7980

---

**Tags**

Class Action

# Recommended Reading

November 11, 2022 17:32 ET

Source:  Pomerantz LLP

**Pomerantz Law Firm Announces the Filing of a Class Action Against Unisys Corporation and Certain Officers – UIS**

NEW YORK, Nov. 11, 2022 (GLOBE NEWSWIRE) -- Pomerantz LLP announces that a class action lawsuit has been filed against Unisys Corporation (NYSE: UIS), and certain officers.   The class action, filed...

November 08, 2022 16:11 ET

Source:  Pomerantz LLP

**Pomerantz Law Firm Announces the Filing of a Class Action Against Eiger BioPharmaceuticals, Inc., and Certain Officers – EIGR**

NEW YORK, Nov. 08, 2022 (GLOBE NEWSWIRE) -- Pomerantz LLP announces that a class action lawsuit has been filed against Eiger BioPharmaceuticals, Inc. (NASDAQ: EIGR), and certain officers.   The...

# Explore





**Award-Winning Volans Tequila Launches Its First Li...**

**Tidal Wave Auto Spa Celebrates New Fitzgerald, Geo...**



ESG NEWS   COVID-19 NEWS   SERVICES ⌄   CONTACT US   FRANÇAIS   SIGN IN

REGISTER

GlobeNewswire
by notified

## About Us

GlobeNewswire is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases, financial disclosures and multimedia content to media, investors, and consumers worldwide.

Follow us on social media:

## Newswire Distribution Network & Management

· Home
· Newsroom

· RSS Feeds
· Legal

GlobeNewswire is a newswire distribution network. Articles and other content published by GlobeNewswire are the legal responsibility of the author and GlobeNewswire accepts no liability for the content of such material. GlobeNewswire publishes content for informational purposes and makes no representations regarding, recommendation or invitation to engage in, any form of financial or investment activity, and does not endorse the content of any material published.

© 2022 GlobeNewswire, Inc. All Rights Reserved.