POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Attorney for Rama Kommineni*

[Additional counsel on signature page]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PUGLEY, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FULGENT GENETICS, INC., MING HSIEH, and PAUL KIM,<br><br>Defendants. | Case No. 2:22-cv-06764-CAS-KS<br><br>NOTICE OF NON-OPPOSITION TO COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL<br><br>DATE:  December 19, 2022<br>TIME:  10:00 a.m.<br>JUDGE:  Christina A. Snyder<br>CTRM:  8D (1st Street Courthouse) |

TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD

On November 21, 2022, Rama Kommineni ("Kommineni") filed a motion, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), for the entry of an Order:  (1) appointing Kommineni as Lead Plaintiff on behalf of a class consisting of all persons other than the above-captioned defendants who purchased or otherwise acquired Fulgent Genetics, Inc. securities between March 22, 2019 and August 4, 2022, both dates inclusive (the "Class"); and (2) approving Lead Plaintiff's selection of Pomerantz LLP as Lead Counsel for the Class.  Dkt. No. 26.

Having reviewed the competing motions before the Court, it appears that Kommineni does not have the "largest financial interest" in this litigation within the meaning of the PSLRA.  This statement of non-opposition shall have no impact on Kommineni's membership in the proposed Class or his right to share in any recovery obtained for the benefit of Class members.

Dated:  November 28, 2022                    POMERANTZ LLP

                                             /s/ Jennifer Pafiti
                                             Jennifer Pafiti (SBN 282790)
                                             1100 Glendon Avenue, 15th Floor
                                             Los Angeles, CA 90024
                                             Telephone: (310) 405-7190
                                             jpafiti@pomlaw.com

                                             Counsel for Rama Kommineni

NOTICE OF NON-OPPOSITION TO COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL - 2:22-CV-06764-CAS-KS

1

THE SCHALL FIRM
Brian Schall
2049 Century Park East, Ste. 2460
Los Angeles, CA 90067
Telephone: 310-301-3335
brian@schallfirm.com

*Additional Counsel for Rama Kommineni*

NOTICE OF NON-OPPOSITION TO COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL - 2:22-CV-06764-CAS-KS

2

CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.


/s/ *Jennifer Pafiti*
Jennifer Pafiti

NOTICE OF NON-OPPOSITION TO COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL - 2:22-CV-06764-CAS-KS

3