Reed R. Kathrein (139304)
Lucas E. Gilmore (250893)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

*Attorneys for [Proposed] Lead Plaintiff*
*Mike Cohenshad*

[Additional counsel on signature page]

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| JOHN PUGLEY, Individually and On Behalf of All Others Similarly Situated,<br><br>                                    Plaintiff,<br><br>    v.<br><br>FULGENT GENETICS, INC., MING HSIEH, and PAUL KIM,<br><br>                                    Defendants. | No. 2:22-cv-06764-CAS-KS<br><br><u>CLASS ACTION</u><br><br>**NOTICE OF NON-OPPOSITION TO COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**<br><br>Date:       Monday, Dec. 19, 2022<br>Time:       10:00 a.m.<br>Courtroom:  8D<br>Judge:      Hon. Christina A. Snyder<br><br><u>ORAL ARGUMENT REQUESTED</u> |

011137-11/2082475 V1

**TO:   ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD**

The PSLRA creates a presumption that the "most adequate plaintiff" for the purposes of these motions is the person or group that has "the largest financial interest in the relief sought by the class." 15 U.S.C. § 78u-4(a)(B)(iii)(I). Here, "the relief sought by the class" consists of recovery for investment losses suffered as a result of transactions in Fulgent Genetics, Inc. securities from March 22, 2019 through August 4, 2022.

Movant Mike Cohenshad ("Movant") applied for appointment as lead plaintiff on November 21, 2022, stating that he suffered losses of $144,378.75. Competing motions were filed, and based on a review of those motions, it appears that Movant does not have the largest financial interest in this litigation.

By this notice, Movant does not waive his right to participate and recover as a class member. Movant also remains ready, willing, and able to serve as lead plaintiff if the need arises.

DATED: November 28, 2022          Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

 */s/ Lucas E. Gilmore*
LUCAS E. GILMORE

Reed R. Kathrein (139304)
Lucas E. Gilmore (250893)
715 Hearst Avenue, Suite 300
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

*Attorneys for [Proposed] Lead Plaintiff*
*Mike Cohenshad*

NTC. OF NON-OPPOSITION TO COMPETING MOTS. TO APPOINT LEAD PL. AND APPROVE THE
SELECTION OF COUNSEL - 1
Case No. 2:22-cv-06764-CAS-KS
011137-11/2082475 V1