Sean T. Prosser (SBN 163903)
STProsser@mintz.com
Adam B. Korn (SBN 331133)
abkorn@mintz.com
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY and POPEO, P.C.
3580 Carmel Mountain Road, Suite 300
San Diego, California 92130
Telephone:  858.314.1500

*Attorneys for Defendants Fulgent Genetics, Inc.,*
*Ming Hsieh and Paul Kim*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PUGLEY, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FULGENT GENETICS, INC., MING HSIEH, and PAUL KIM,<br><br>Defendants. | Case No. 2:22-cv-06764-CAS-KS<br><br>Hon. Christina A. Snyder<br><br>**DEFENDANTS' STATEMENT OF NON-OPPOSITION TO MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**<br><br>Date:  December 19, 2022<br>Time: 10:00 a.m.<br>Courtroom:  8D<br>Judge:  Hon. Christina A. Snyder<br><br>[Complaint Filed:  Sept. 20, 2022] |

Defendants Fulgent Genetics, Inc., Ming Hsieh and Paul Kim (collectively "Defendants") respectfully submit this Statement of Non-Opposition to the Motions for Appointment as Lead Plaintiff and Approval of Lead Counsel filed by Michael B. Smith [Dkt. No. 17], Mike Cohenshad [Dkt. No. 19], Daniel Parisi [Dkt. No. 22] and Rama Kommineni [Dkt. No. 26]. Defendants take no position on the appointment of lead counsel or lead plaintiff's counsel. Notwithstanding the foregoing, Defendants

-1-
STATEMENT OF NON-OPPOSITION TO MOTIONS FOR APPOINTMENT AS LEAD
PLAINTIFF AND APPROVAL OF LEAD COUNSEL

deny all allegations of potential liability and/or alleged damages described in the moving papers.

Dated: November 28, 2022    MINTZ, LEVIN, COHN, FERRIS, GLOVSKY and POPEO. P.C.


By:    */s/Sean T. Prosser*
Sean T. Prosser
Adam B. Korn

*Attorneys for Defendants*
*FULGENT GENETICS, INC., MING HSIEH and PAUL KIM*

-2-
STATEMENT OF NON-OPPOSITION TO MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL