1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PUGLEY, Individually and on Behalf of All Others Similarly Situated, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>FULGENT GENETICS, INC., et al., )<br>)<br>Defendants. )<br>) | Case No. 2:22-cv-06764-CAS-KS<br><br><u>CLASS ACTION</u><br><br>ORDER APPOINTING MICHAEL B. SMITH AND DANIEL M. PARISI AS CO-LEAD PLAINTIFFS AND APPROVING CO-LEAD PLAINTIFF'S SELECTION OF LEVI & KORSINSKY, LLP AND ROBBINS GELLER RUDMAN & DOWD LLP AS CO-LEAD COUNSEL |

Before the Court is the parties' Joint Stipulation Appointing Michael B. Smith and Daniel M. Parisi as Co-Lead Plaintiffs and Approving Levi & Korsinsky, LLP and Robbins Geller Rudman & Dowd LLP as Co-Lead Counsel ("Joint Stipulation"). Having reviewed the stipulation and finding good cause, the Court GRANTS the Joint Stipulation:

1. Mr. Smith and Mr. Parisi are hereby appointed Co-Lead Plaintiffs in the above-captioned action and any subsequently filed or transferred actions that are consolidated with the action, pursuant to 15 U.S.C. §78u-4(a)(3)(B); and

2. Lead Plaintiff's selections of Levi & Korsinsky and Robbins Geller as Co-Lead Counsel are hereby approved pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v).

3. Further, the pending Motions for Appointment of Counsel and Appointment of Lead Plaintiff are terminated as moot and the associated hearings are vacated. [26], [22], [19], [17].

IT IS SO ORDERED.

DATED: November 30, 2022

THE HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

- 1 -