UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PUGLEY, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>  vs.<br><br>FULGENT GENETICS, INC., et al.,<br><br>                    Defendants. | Case No. 2:22-cv-06764-CAS-KSx<br><br><u>CLASS ACTION</u><br><br>ORDER REGARDING SCHEDULING DEADLINES<br><br>CTRM:    8D<br>JUDGE:  Hon. Christina A. Snyder |

      Before the Court is the Parties' Joint Stipulation Regarding Scheduling Deadlines ("Joint Stipulation"). Having reviewed the stipulation and finding good cause, the Court GRANTS the Joint Stipulation:

      1.    Plaintiffs shall file an Amended Complaint no later than 60 days after the entry of this Order;

      2.    Defendants shall file an Answer or any Motion to Dismiss or Strike the Amended Complaint no later than 60 days thereafter;

      3.    Plaintiffs shall file any Opposition thereto no later than 60 days thereafter; and

/ / /

/ / /

4857-3558-0739.v1

4. Defendants shall file any Reply thereto no later than 30 days thereafter.

IT IS SO ORDERED.

DATED: December 20, 2022

*Christina A. Snyder*

HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

- 2 -

4857-3558-0739.v1