ROBBINS GELLER RUDMAN
  & DOWD LLP
JENNIFER N. CARINGAL (SBN 286197)
JUAN CARLOS SANCHEZ (SBN 301834)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
jcaringal@rgrdlaw.com
jsanchez@rgrdlaw.com

LEVI & KORSINSKY, LLP
ADAM M. APTON (SBN 316506)
ADAM C. MCCALL (SBN 302130)
75 Broadway, Suite 202-#1908
San Francisco, CA 94111
Telephone: 415/373-1671
415/484-1294 (fax)
aapton@zlk.com
amccall@zlk.com

Co-Lead Counsel for Co-Lead Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PUGLEY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>FULGENT GENETICS, INC., MING HSIEH, and PAUL KIM,<br><br>Defendants. | Case No. 2:22-cv-06764-CAS-KS<br><br><u>CLASS ACTION</u><br><br>NOTICE OF VOLUNTARY DISMISSAL<br><br>CTRM:   8D<br>JUDGE:  Hon. Christina A. Snyder |

4891-5311-6242.v1

| | |
|---|---|
| 1 | PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), co-lead plaintiffs Michael B. Smith and Daniel M. Parisi (collectively, "Plaintiffs"), voluntarily dismiss the claims in the above-captioned action (the "Action") without prejudice, and with each party agreeing to bear their own costs. Because this Notice of Voluntary Dismissal is being filed with the Court before Defendants have served either an answer or a motion for summary judgment, Plaintiffs' dismissal of the Action is effective upon the filing of this notice. |

DATED: February 21, 2023　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　ROBBINS GELLER RUDMAN
　　　　　　　　　　　　　　　　　 & DOWD LLP
　　　　　　　　　　　　　　　　JENNIFER N. CARINGAL
　　　　　　　　　　　　　　　　JUAN CARLOS SANCHEZ


　　　　　　　　　　　　　　　　      s/ Jennifer N. Caringal
　　　　　　　　　　　　　　　　　JENNIFER N. CARINGAL

　　　　　　　　　　　　　　　　655 West Broadway, Suite 1900
　　　　　　　　　　　　　　　　San Diego, CA  92101
　　　　　　　　　　　　　　　　Telephone:  619/231-1058
　　　　　　　　　　　　　　　　619/231-7423 (fax)
　　　　　　　　　　　　　　　　jcaringal@rgrdlaw.com
　　　　　　　　　　　　　　　　jsanchez.com

　　　　　　　　　　　　　　　　LEVI & KORSINSKY, LLP
　　　　　　　　　　　　　　　　ADAM M. APTON
　　　　　　　　　　　　　　　　ADAM C. MCCALL
　　　　　　　　　　　　　　　　75 Broadway, Suite 202-#1908
　　　　　　　　　　　　　　　　San Francisco, CA 94111
　　　　　　　　　　　　　　　　Telephone:  415/373-1671
　　　　　　　　　　　　　　　　aapton@zlk.com
　　　　　　　　　　　　　　　　amccall@zlk.com

　　　　　　　　　　　　　　　　Co-Lead Counsel for Co-Lead Plaintiffs

# CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on February 21, 2023, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

   s/ Jennifer N. Caringal
JENNIFER N. CARINGAL

ROBBINS GELLER RUDMAN
    &amp; DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)

Email: jcaringal@rgrdlaw.com

4891-5311-6242.v1

# Mailing Information for a Case 2:22-cv-06764-CAS-KS John Pugley v. Fulgent Genetics, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Adam Marc Apton**
  aapton@zlk.com,ecf@zlk.com

- **Jennifer N Caringal**
  jcaringal@rgrdlaw.com,agonzales@ecf.courtdrive.com,agonzales@rgrdlaw.com,jcaringal@ecf.courtdrive.com,e_file_sd@rgrdlaw.com,sjohnson@rgrdlaw.com

- **Lucas E Gilmore**
  lucasg@hbsslaw.com,sf_filings@hbsslaw.com,nicolleh@hbsslaw.com

- **Reed R Kathrein**
  reed@hbsslaw.com,sf_filings@hbsslaw.com

- **Adam B Korn**
  abkorn@mintz.com,docketing@mintz.com,sestrickland@mintz.com,amschuman@mintz.com

- **Adam C McCall**
  amccall@zlk.com

- **Danielle S. Myers**
  dmyers@rgrdlaw.com,dmyers@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

- **Jennifer Pafiti**
  jpafiti@pomlaw.com,ahood@pomlaw.com,tprzybylowski@pomlaw.com,jlopiano@pomlaw.com,disaacson@pomlaw.com,ashmatkova@pomlaw.com,jalieberman@po

- **Sean T Prosser**
  stprosser@mintz.com,docketing@mintz.com,lmbroadway@mintz.com

- **Juan Carlos Sanchez**
  jsanchez@rgrdlaw.com,e_file_sd@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`