April 25, 2023

<u>VIA ECF</u>

The Honorable Christina A. Snyder
United States District Court
of the Central District of California
350 W. First Street, Courtroom 8D, 8th Floor
Los Angeles, CA 90012

   Re: *John Pugley v. Fulgent Genetics, Inc., et al.*,
      No. 2:22-cv-06764-CAS-KS (C.D. Cal.)

Dear Judge Snyder:

  I, along with the attorneys from Levi & Korsinsky, LLP, represent Co-Lead Plaintiffs Michael B. Smith and Daniel M. Parisi (together, "Plaintiffs") in the above-referenced action. We write in response to the Court's April 20, 2023 request that a status report or other relevant document be filed by May 5, 2023. ECF 42.

  On February 21, 2023, Plaintiffs filed a Notice of Voluntary Dismissal, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismissing their claims without prejudice, and with each party agreeing to bear their own costs. ECF 41. Because Plaintiffs filed their Notice of Voluntary Dismissal before Defendants had served either an answer or a motion for summary judgment, Plaintiffs' dismissal of the Action was effective upon the filing of the notice on February 21, 2023 and respectfully submit that no further filing is necessary.

            Respectfully submitted,

            ROBBINS GELLER RUDMAN
             & DOWD LLP
            JENNIFER N. CARINGAL
            JUAN CARLOS SANCHEZ

            <u>s/ Jennifer N. Caringal</u>
            JENNIFER N. CARINGAL

            655 West Broadway, Suite 1900
            San Diego, CA 92101
            Telephone: 619/231-1058
            619/231-7423 (fax)
            jcaringal@rgrdlaw.com
            jsanchez@rgrdlaw.com

April 25, 2023
Page 2

                                LEVI & KORSINSKY, LLP
                                ADAM M. APTON
                                ADAM C. McCALL
                                75 Broadway, Suite 202-#1908
                                San Francisco, CA  94111
                                aapton@zlk.com
                                amccall@zlk.com

                                Co-Lead Counsel for Co-Lead Plaintiffs

JNC:hs

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on April 25, 2023, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Jennifer N. Caringal
JENNIFER N. CARINGAL

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

Email:  jcaringal@rgrdlaw.com

# Mailing Information for a Case 2:22-cv-06764-CAS-KS John Pugley v. Fulgent Genetics, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Adam Marc Apton**
  aapton@zlk.com,ecf@zlk.com

- **Jennifer N Caringal**
  jcaringal@rgrdlaw.com,agonzales@ecf.courtdrive.com,agonzales@rgrdlaw.com,jcaringal@ecf.courtdrive.com,e_file_sd@rgrdlaw.com,sjohnson@rgrdlaw.com

- **Lucas E Gilmore**
  lucasg@hbsslaw.com,sf_filings@hbsslaw.com,nicolleh@hbsslaw.com

- **Reed R Kathrein**
  reed@hbsslaw.com,sf_filings@hbsslaw.com

- **Adam B Korn**
  abkorn@mintz.com,docketing@mintz.com,sestrickland@mintz.com,amschuman@mintz.com

- **Adam C McCall**
  amccall@zlk.com

- **Danielle S. Myers**
  dmyers@rgrdlaw.com,dmyers@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

- **Jennifer Pafiti**
  jpafiti@pomlaw.com,ahood@pomlaw.com,tprzybylowski@pomlaw.com,jlopiano@pomlaw.com,disaacson@pomlaw.com,ashmatkova@pomlaw.com,jalieberman@po

- **Sean T Prosser**
  stprosser@mintz.com,docketing@mintz.com,lmbroadway@mintz.com

- **Juan Carlos Sanchez**
  jsanchez@rgrdlaw.com,e_file_sd@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`