**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -REOPENING/CLOSING**

Case No. CV 22-06764 CAS (KSx)                     Date 4/25/2023

Title: John Pugley, etc. v. Fulgent Genetics, Inc., et al.

Present: The Honorable CHRISTINA A. SNYDER

| Catherine Jeang | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:                     Attorneys Present for Defendants:

Not Present                                           Not Present

Proceedings:    ☐ In Court        ☒ In Chambers        ☐ Counsel Notified

☐  Case previously closed in error.  Make JS-5.

☒  Case should have been closed on entry dated 2/21/2023              .

☐  Case settled but may be reopened if settlement is not consummated within _____ days.
    Make JS-6.

☐  Other _____

☒  Entered Make JS-6                     .

Initials of Preparer          CMJ